In the Northern District of Indiana				In the US Circuit Court

Cause No.: 1:12CV267

NFN Valance
    Petitioner

Vs.

Matthew 25
    Respondent

PETITION FOR CIVIL RIGHTS VIOLATION DAMAGES

    Comes now, the Petitioner, NFN Valance, Pro Se and does hereby swear and affirm the following:

1. The Petitioner is and has been a resident of the Northern District of Indiana for at least the last two years.
2. The Respondent is and has been a business located within the Northern District of Indiana for at least the last two years.
3. On 21 June 2012, the Respondent, through negligence, violated the civil rights of the Petitioner. To wit, the Petitioner suffered a fall and injury as a result of the Respondent's failure to fully comply with Section 4.6.2. of the 1991 Americans With Disabilities Act.
4. As a result of said negligence, the Petitioner suffered immeasurable physical pain and mental anguish.
5. As a result of said negligence, the Petitioner suffered a total of $20,717.30 in medical expenses.

    Wherefore, the Petitioner requests that this Honorable Court find that the Respondent did fail to comply with the 1991 Americans With Disabilities Act and that said injury through the Respondent's negligence is a violation of the Petitioner's civil rights. The Petitioner further requests that the Court award him both compensatory and punitive damages to the maximum amount allowed by law, and for all other just and proper relief in these premises.


Respectfully Submitted,

*Valance*

NFN Valance
1020 North Coliseum Boulevard
Room 302
Fort Wayne IN 46805
260-310-7299

## CERTIFICATE OF SERVICE

I do hereby certify that on the 3rd Day of August, 2012 service of the attached Petition was served on all parties via valid first-class mail. Copies were served on:

Matthew 25
Attn: Nancy Schenkel
413 Easr Jefferson Boulevard
Fort Wayne IN 46802

Cincinnati Insurance Company
Attn: Dana Hart
PO Box 8893
Fort Wayne IN 46898

By,

*Valance*

NFN Valance
1020 North Coliseum Boulevard
Room 302
Fort Wayne IN 46805
260-310-7299