UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| NFN VALANCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:12-CV-267-TLS |
| | ) | |
| MATTHEW 25, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  Parties anticipate filing a stipulation for dismissal when appropriate Medicare notices are received.

Respectfully submitted,

**HUNT SUEDHOFF KALAMAROS LLP**

 /s/ Linda A. Polley
James J. Shea, Sr., Attorney No. 2177-02
Linda A. Polley, Attorney No. 10897-02
803 South Calhoun Street, Suite 900
P. O. Box 11489
Fort Wayne, Indiana 46858-1489
Telephone:     (260) 423-1311
Facsimile:      (260) 424-5396

**ATTORNEYS FOR DEFENDANT,
MATTHEW 25**

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on the 18th day of January, 2013, she electronically filed *Notice Of Settlement* with the Clerk of the Court using the CM/ECF system and further certifies that a true and correct copy was also served to pro se Plaintiff, NFN Valance, by U.S. Mail, as follows:

Mr. NFN Valance
5910 Hessen Cassel
Apartment 224
Fort Wayne, IN 46816

                                                               /s/ Linda A. Polley
                                                              James J. Shea, Sr./Linda A. Polley