UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| NFN VALANCE, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:12-cv-267-TLS |
| MATTHEW 25, | ) |
| Defendant. | ) |

## STIPULATION AND MOTION TO DISMISS CAUSE WITH PREJUDICE

COMES NOW, Plaintiff, NFN Valance, in person, and Defendant, Matthew 25, by counsel, and the parties stipulate and agree that the above cause should be dismissed with prejudice. This Stipulation and Motion is made for the reason that the parties have fully compromised and settled the cause.

_____
NFN Valance
5910 Hessen Cassel, Apt. 224
Fort Wayne, IN 46816
Telephone: (260) 310-7299

Respectfully submitted,

/s/ Linda A. Polley
Linda A. Polley, Atty. No. 10897-02
Hunt Suedhoff Kalamaros LLP
803 South Calhoun Street, Suite 900
P.O. Box 11489
Fort Wayne, IN 46898-1489
Telephone:   (260) 423-1311
Facsimile:   (260) 424-5396
**ATTORNEYS FOR DEFENDANT,
MATTHEW 25**